```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION


CECIL HARVEY,                       :
                                    :
         Plaintiff,                 :
                                    :
vs.                                 :   CIVIL ACTION 07-0485-KD-M
                                    :
IMMIGRATION & CUSTOMS               :
ENFORCEMENT, et al.,                :
                                    :
         Defendants.                :
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 29th day of January, 2008.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE